No. 1094. ELIZABETH ARDEN, INC. ET AL. *v.* FEDERAL TRADE COMMISSION. April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

807

Circuit denied. *Stuart N. Updike* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Berge* and *W. T. Kelley* for respondent. ▮